IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00964-WDM-PAC

SIMILASAN CORPORATION,

    Plaintiff,

v.

PRESTIGE BRANDS HOLDINGS, INC.,

    Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion for Leave to Amend Complaint [filed July 24, 2006; Doc. No. 25] is **GRANTED.**  The tendered Amended Complaint shall be filed with the Court this date.

Dated:  September 29, 2006