IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00964-WDM-PAC

SIMILASAN CORPORATION,

    Plaintiff,

v.

PRESTIGE BRANDS HOLDINGS, INC.,

    Defendant.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion for Entry of Stipulated Protective Order on Confidentiality [filed October 12, 2006; Doc. No. 48] is **GRANTED.** The Protective Order is approved and made an Order of the Court this date.

Dated: October 17, 2006