IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00964-WDM-PAC

SIMILASAN CORPORATION,

    Plaintiff,

v.

PRESTIGE BRANDS HOLDINGS, INC.,

    Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS **HEREBY ORDERED** that Defendant's Unopposed Motion for Leave to Amend Answer (Doc. #61), filed December 14, 2006, is **GRANTED**.  The tendered Amended Answer and Jury Demand shall be filed this date.

Dated:  December 18, 2006

_____
The undersigned certifies that a copy of the foregoing Minute Order was served on December 18, 2006, by: (*) Delivery to; by: (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-

The undersigned certifies that a copy of the foregoing Order Setting Scheduling/Planning Conference  was served on December 18, 2006 by: (*) Delivery to; or by (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk