IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00964-WDM-PAC

SIMILASAN CORPORATION,

    Plaintiff,

v.

PRESTIGE BRANDS HOLDINGS, INC.,

    Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Joint Motion to Modify Scheduling Order (Doc. #73), filed February 2, 2007, is **GRANTED** as follows:

    Plaintiff shall designate expert witnesses and comply with Fed.R.Civ.P. 26(a)(2) **by March 8, 2007**.

    Defendant shall designate expert witnesses and comply with Fed.R.Civ.P. 26(a)(2) **by April 9, 2007**.

    The parties shall designate rebuttal experts and comply with Fed.R.Civ.P. 26(a)(2) **by April 23, 2007**.

    The discovery deadline is extended to **May 1, 2007.**

    The dispositive motions deadline is extended to **June 15, 2007.**

Dated:  February 6, 2007